**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJUANA MILTON; and D.M. and D.C., minors, by and through their Guardian Ad Litem, TAJUANA MILTON,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENCY PARK APARTMENTS, a business of unknown form; JAY CARMAC ASSOCIATES, a business of unknown form, LVW Apartments, LLC,<br><br>    Defendants. | No. 2:13-CV-01284-KJM-CKD<br><br>ORDER ON PETITION OF TAJUANA MILTON FOR APPOINTMENT OF GUARDIAN AD LITEM |

The Court having considered the petition of Tajuana Milton for the appointment of guardian ad litem for the minor children, D.M. and D.C., who are plaintiffs in the above action, and good cause appearing therefor,

1

IT IS ORDERED that Tajuana Milton is appointed guardian ad litem for the minor children, D.M. and D.C., who are named as plaintiffs in the above action.

Dated: July 10, 2013.

_____
UNITED STATES DISTRICT JUDGE