UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJUANA MILTON, et al., | No. 2:13-cv-1284 KJM CKD |
| Plaintiffs, | |
| v. | ORDER |
| REGENCY PARK APARTMENTS, et al., | |
| Defendants. | |

    Pending before the court is plaintiffs' motion for leave to take additional depositions.  The matter was submitted on the papers.  Upon review of the joint statement, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

    Plaintiffs seek leave to take ten depositions in addition to the presumptive limit allowed under Federal Rule of Civil Procedure 30(a)(2)(A)(i).  Plaintiffs contend additional depositions are necessary because there are eight current or former tenants plaintiffs wish to depose in order to establish a pattern or practice of unlawful discrimination at the subject apartments.  In addition, plaintiffs contend there are another fourteen non-party witnesses they need to depose.

    Plaintiffs have not specifically identified any of the witnesses they seek to depose.  It appears that the eight current or former tenants referenced in the joint statement have already been interviewed by plaintiffs' counsel and have cooperated in those interviews.  Plaintiffs raise no particularly complex issues in this litigation.  The allegations underlying plaintiffs' claims, i.e.

1

1  that defendants have rules against riding scooters on the sidewalks and that children under the age
2  of 14 may not use the pool without an adult in attendance, are not in dispute.  Without further
3  clarification as to why additional depositions are necessary to prosecution of this action, the court
4  declines to raise the presumptive limitation of ten depositions.
5       Accordingly, IT IS HEREBY ORDERED that plaintiffs' motion for leave to take
6  additional depositions (ECF No. 15) is denied without prejudice.
7  Dated:  March 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 milton.oah